

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/7/2015 10:32:08 AM
LISA MATZ
Clerk

August 7, 2015

The 5th Court of Appeal
ATTN: Lisa Matz
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:  **CLARENCE HINES,**
   **5TH COA Cause No:**   **05-14-01468-CR**
   **Trial Court Cause No:**   **F13-71067-Y**

Dear Ms. Matz:

In response to the Court's Order dated **July 9, 2015,** in the above entitled and referenced cause number, the Dallas County District Clerk's Office is enclosing a letter dated **August 7, 2015,** stating that the Trial court's jury charges and the jury verdicts on guilt/innocence and punishment documents isn't located on onbase and has been misplaced, Per court clerk, court coordinator and court reporter. They have been notified on the Court's Order dated **July 9, 2015** for the supplemental record.

Sincerely,

Felicia Pitre
Dallas County District Clerk

Given under my hand and seal;

By:   *Jameka Rand*
   Deputy District Clerk